IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:05CV200-H

WILLIAM E. COX,

       Plaintiff,       )
                                 )
   v.                     )   **O R D E R**
                                 )
AMERICA'S PIZZA COMPANY, LLC,  )
d/b/a Pizza Hut,                  )
                                 )
       Defendant.      )
_____

**THIS MATTER** is before the Court on "Motion Admitting Counsel Pro Hac Vice" on behalf of Joel P. Babineaux, counsel for the Defendant. For the reasons set forth herein, the motion will be **GRANTED**.

Pursuant to Local Rule 83.1(B), counsel shall remit the required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED.**

Signed: July 7, 2005

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge