**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:05CV200-H**

**WILLIAM E. COX,**

        **Plaintiff,**                    )
                                           )
       **v.**                               )    <u>**O R D E R**</u>
                                           )
**AMERICA'S PIZZA COMPANY, LLC,**  )
**d/b/a Pizza Hut,**                       )
                                           )
        **Defendant.**                  )
_____

    **THIS MATTER** is before the Court on "Motion Admitting Counsel Pro Hac Vice" on behalf of Cade Evans, counsel for the Defendant. For the reasons set forth herein, the motion will be **GRANTED**.

    Pursuant to Local Rule 83.1(B), counsel shall remit the required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

    The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

    **SO ORDERED.**

**Signed: July 7, 2005**

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge