**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:05CV200-H**

| | | |
|---|---|---|
| **WILLIAM E. COX,** | ) | |
|        **Plaintiff,** | ) | |
| | ) | |
|     **v.** | ) | **O R D E R** |
| | ) | |
| **AMERICA'S PIZZA COMPANY, LLC,** | ) | |
| **d/b/a Pizza Hut,** | ) | |
| | ) | |
|        **Defendant.** | ) | |

**THIS MATTER** is before the Court on "Application And/Or Motion To Admit Counsel Pro Hac Vice (Camille Bienvenu Poché)" (document #9) filed June 24, 2005, on behalf of the Defendant. For the reasons set forth herein, the motion will be **GRANTED**.

Pursuant to Local Rule 83.1(B), counsel shall remit the required admission fee of $100.00 to the Clerk of Court for the Western District of North Carolina within twenty-one (21) days of this Order.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED.**

Signed: July 13, 2005

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge