UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| WILLIAM E. COX | * | |
| | * | Civil Action No.: 3:05CV200-H |
| VERSUS | * | |
| | * | **FINAL JUDGMENT OF DISMISSAL** |
| AMERICA'S PIZZA COMPANY, L.L.C., d/b/a Pizza Hut | * | **WITH PREJUDICE** |
| | * | |

CONSIDERING the Unopposed Motion to Dismiss With Prejudice and considering the pleadings and record in the above-captioned lawsuit and finding there good cause for the granting of same:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiff's Unopposed Motion to Dismiss With Prejudice be and is hereby granted.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the above-captioned lawsuit and all of William E. Cox's claims asserted against America's Pizza Company, L.L.C. and any other named defendant be and are hereby dismissed, with prejudice

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each party shall bear its own respective costs of these proceedings, including court costs, expenses and attorney's fees.

THUS DONE AND SIGNED on this 14 day of November, 2005 in Charlotte, North Carolina.

Carl Horn, III

UNITED STATES MAGISTRATE JUDGE